TIMOTHY BURKE *v.* TOWN OF FAIRFIELD ET AL.
(9609)

DALY, O'CONNELL and HEIMAN, Js.

Submitted on briefs May 1—decision released May 28, 1991

*Andrew R. Sherriff* filed a brief for the appellant (plaintiff).

*Roy H. Ervin* and *Roy H. Ervin, Jr.,* filed a brief for the appellees (defendants).

PER CURIAM. This case is controlled by our decisions in *Manning* v. *Barenz,* 24 Conn. App. 592, 590 A.2d 980 (1991), and *Gauthier* v. *Fairfield,* 24 Conn. App. 831, 591 A.2d 827 (1991).

The judgment is affirmed.